UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PENNINGTON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TENET HEALTHCARE CORPORATION, TREVOR FETTER, DANIEL J. CANCELMI, and BIGGS C. PORTER,<br><br>    Defendants. | Case No: CV 16-7510-GW(JEMx)<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**<br><br>Judge George H. Wu |

Having read and considered the parties' Stipulation to Transfer Venue to the United States District Court for the Northern District of Texas, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The above-captioned action shall be, and hereby is, transferred to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

2. Counsel for Tenet will submit a courtesy copy of the Stipulation and the Proposed Order to Judge Sam R. Cummings in the United State District Court for the Northern District of Texas.

Dated: November 22, 2016

SO ORDERED:

_____
Hon. George H. Wu
U.S. District Judge

1

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS